ROBERT CARRIEDO
Attorney at Law
State Bar No. 108204
105 West F Street, 3rd Floor
San Diego, CA         92101
Tel: (619) 232-0900
robertcarriedo83@gmail.com

Attorney for Defendant
Adrian Lorenzo Aispuro-Medina

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(Honorable James E. Simmons, Jr.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case **# 23cr2573-JES** |
| Plaintiff, ) | Date: **01/26/2024** |
| ) | Time: **9:00 a.m.** |
| v. ) | |
| ADRIAN LORENZO AISPURO- ) | **DEFENDANT'S SENTENCING** |
| MEDINA, ) | **MEMORANDUM** |
| Defendant. ) | |

TO: Tara K. McGrath, United States Attorney, Jacqueline Allison Rogge, Assistant United States Attorney.

Comes now Adrian Lorenzo Aispuro-Medina, by and through his attorney of record, Robert Carriedo, submits the following Defendant's Sentencing Memorandum.

## PROCEDURAL HISTORY

On November 27, 2023, Adrian Lorenzo Aispuro-Medina was arrested approximately 40 feet West of Sunset Cliffs Boulevard in San Diego, California. On December 19, 2023, a one-count Information was filed in the Southern District of California charging Adrian with a violation of Title 8, U.S.C. § 1324 - Attempted Bringing In Certain Aliens Other Than a Designated Port of Entry. Adrian pled guilty to the Information that same date.

## **PERSONAL BACKGROUND**

Adrian Lorenzo Aispuro-Medina is a 24 year old Citizen of Mexico. Adrian was born in Durango, Durango, Mexico. Adrian is one of eight children. His parents work the fields in Durango, Mexico. Adrian grew up in an adobe home with his brothers, sisters and parents.

At the age of 11 Adrian began working in the fields after school and on weekends. He planted corn and beans. He earned approximately 300 pesos daily when he worked a full day.

Adrian finished middle school in Durango, but did not attend high school, as he was needed to work to help the family financially.

At the age of 19, Adrian left home and came to the United States for work and to help his family in Mexico. He regularly sent home about $200 U.S.D. to his family monthly.

Adrian has no prior criminal history or law enforcement contacts.

## **CONCLUSION**

The Sentencing Guideline calculation for Adrian places him in an Offense Level of 6 with a Criminal History Category of I, with the resulting Guideline range of 0 - 6 months.

In this case Adrian was walking/guiding two individuals, who had been brought into the United States by jet ski, to a vehicle where they would be transported to another destination.

Considering the facts of this case, a *Time Served* sentence is appropriate.

Respectfully submitted,

*s/Robert Carriedo*

Dated: January 21, 2024

_____
**Robert Carriedo**
Attorney for Defendant Adrian Lorenzo Aispuro-Medina